# IN THE UNITED STATES DISTRICT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**LYNN G. WATERS**                                                                  **PLAINTIFF**

V.                                                   CIVIL ACTION NO. 4:09-cv-28-TSL-LRA

**COMMUNITY ELDERCARE SERVICES, LLC**                      **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the *ore tenus* Joint Motion of the Plaintiff and Defendant for dismissal of this cause, including all claims asserted herein or which could have been asserted herein, with prejudice, and after having duly considered said *ore tenus* Joint Motion, and having been advised that the parties herein are in agreement that dismissal of this action, with prejudice, is appropriate, the Court finds that said *ore tenus* Joint Motion is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED that the Complaint of Plaintiff Lynn Waters which has been filed in this cause, as well as any claims contained therein or which could have been contained therein, against Defendant Community Eldercare Services, LLC is hereby dismissed, <u>with prejudice</u>. The Clerk is hereby ordered to close this file, and all parties shall bear their own costs.

SO ORDERED AND ADJUDGED, this the \_\_\_\_1st\_\_\_\_ day of February, 2010.

                                                 /s/Tom S. Lee
                                                 U.S. DISTRICT COURT JUDGE

<u>AGREED TO AS TO FORM AND CONTENT BY</u>:

   */s/ Nick Norris*
NICK NORRIS, ESQ.

Counsel for Plaintiff


  **_/s/ L. Bradley Dillard_**
JOHN G. WHEELER, ESQ.
L. BRADLEY DILLARD, ESQ.
Counsel for Defendant